USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VERONICA VERA,

                           Plaintiff,

      -against-                                   19-cv-6425 (ALC)

IPPUDO NY, LLC, and 321 W. 51ST                       **ORDER**
CORP.,

                         Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:      New York, New York
               January 7, 2020

                                                   HON. ANDREW L. CARTER, JR.
                                                      United States District Judge